1126

No. 96–7057. SENIW v. PORTANOVA ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7058. SNIPES v. DETELLA, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–7059. DILLARD v. SECURITY PACIFIC CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7061. LYKUS v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–7065. VELEZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–7070. CUDJO v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–7072. RIDDICK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7075. MCGHEE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7080. POOLE v. HOLLAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–7081. COPELAND v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–7086. JOHNSON v. SNYDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–7088. MCQUOWN v. DEPARTMENT OF THE ARMY. C. A. D. C. Cir. Certiorari denied.

No. 96–7091. GREULING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7093. EKWEREKWU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7095. HARVIN v. STEPHENS ET AL. C. A. 6th Cir. Certiorari denied.